No. 91–790. CSX TRANSPORTATION, INC. v. EASTERWOOD; and
No. 91–1206. EASTERWOOD v. CSX TRANSPORTATION, INC. C. A. 11th Cir. Motion of Association of American Railroads for

1218

leave to file a brief as *amicus curiae* in No. 91–790 granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.